01-15-00203-CR

**CAUSE NO. 17163**

| STATE OF TEXAS | § | IN THE 253RD DISTRICT |
| v. | § | COURT OF |
| CODY CRYMES | § | CHAMBERS COUNTY, TEXAS |

FILED

2015 MAR -3 PM 1:41

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/3/2015 3:00:36 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CODY CRYMES, Defendant in the above-styled and numbered cause, by and through his attorney of record, RICK OLIVER, and hereby gives NOTICE OF APPEAL in this cause.

Respectfully submitted,



RICK OLIVER
1221 Studewood Street
Houston, Texas 77008
(713) 864-3700 (ph)
(713) 864-3703 (fax)
TBN 24048179

ATTORNEY FOR DEFENDANT

1

NO. 17163

THE STATE OF TEXAS              IN THE DISTRICT COURT OF
VS.                            CHAMBERS COUNTY, TEXAS
CODY CRYMES                     253rd JUDICIAL DISTRICT

Offense: **AGGRAVATED SEXUAL ASSAULT OF A CHILD (PC 22.021)**

## MOTION TO DISMISS

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **NOW COMES**, the State of Texas by and through her District Attorney, and respectfully request the Court to dismiss the above entitled and numbered criminal action for the following reason:

☐    Taken into consideration in Cause Number

☐    Defendant in custody.

☐    Old case, no arrest.

☐    Missing witness - unable to locate essential witness.

☐    Request of complaining witness

☐    Motion to Suppress granted.

☐    Insufficient credible evidence.

☒    Defendant pled guilty in Cause No. 17166

    **WHEREFORE, PREMISES CONSIDERED**, it is requested that the above entitled and numbered cause be **DISMISSED.**

Respectfully submitted,

**Assistant District Attorney**
**Chambers County, Texas**

### ORDER

    The foregoing motion having been presented to me on this ___27TH___ day of ___February___, A.D. 2015, and the same having been considered, it is, therefore, **ORDERED, ADJUDGED** and **DECREED** that said above entitled and numbered cause be and the same is hereby **dismissed.**

**JUDGE PRESIDING**

THIS THE 27TH DAY OF
A.D. 20 15 AT 11:25 O'CLOCK ___ M
PATTI L. HENRY
DISTRICT CLERK, CHAMBERS COUNTY, TEXAS
DEPUTY